**HONDA Financial Services**

February 21, 2019

TOM VAUGHN
55 E MONROE STREET SUITE 3850
CHICAGO, IL  60603

## PROOF OF CLAIM WITHDRAWN

Re:  Robert A Servi
     Retail Number: 316060242
     2016 Honda Crv
     VIN:  5J6RM4H30GL049834
     Case Number: 19-02505

Dear TOM VAUGHN:

American Honda Finance Corporation has withdrawn Proof of Claim Number 2, dated February 20, 2019 in the case number referenced above.

If you have any questions, associates are available to assist you at (800) 542-6632.

Sincerely,


Angela G.
**Honda Financial Services**
(800) 708-6555

Honda Financial Services is a DBA of American Honda Finance Corporation

hnpocwthdrw