**UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| RE: ROBERT M SERVI JR<br>JULIA M SERVI<br><br>Debtors | ) Case No. 19 B 02505<br>)<br>) Chapter 13<br>)<br>) Judge: DONALD R CASSLING |

## NOTICE OF MOTION

ROBERT M SERVI JR  
JULIA M SERVI  
801 E MINER ST #1D  
ARLINGTON HEIGHTS, IL 60004

CUTLER & ASSOC  
via Clerk's ECF noticing procedures

Please take notice that on April 25, 2019 at 10:00 am my designee or I will appear before the Honorable Judge DONALD R CASSLING at 219 South Dearborn Courtroom 619, Chicago, IL and present the motion set forth below.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E Monroe St., Chicago, IL or by the methods indicated on March 22, 2019.

/s/ Tom Vaughn

## TRUSTEE'S MOTION TO DISMISS FOR UNREASONABLE DELAY

Now comes Tom Vaughn, Trustee in the above entitled case and moves the Court to dismiss this case in support thereof states:

1. On January 29, 2019 the Debtors filed a petition and plan under Chapter 13 of Title 11 U.S.C.

2. That the above-captioned plan has not yet been confirmed.

3. That the Debtors has caused unreasonable delay that is prejudicial to creditors by failing to:

Amend plan - #2.3 provide taxr refund language.

WHEREFORE, the Trustee prays that this case be dismissed for unreasonable delay by the debtor pursuant to 11 U.S.C. § 1307 (c) (1).

Respectfully submitted,

TOM VAUGHN  
CHAPTER 13 TRUSTEE  
55 E. Monroe Street, Suite 3850  
Chicago, IL 60603  
(312) 294-5900

/s/ Tom Vaughn